44869

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **HAROLD BOUDREAUX, JR.** | * | **CIVIL ACTION NO.** 23-1789 |
| | * | |
| **VERSUS** | * | |
| | * | |
| **UNDERWRITERS AT LLOYD'S, LONDON** | * | **JUDGE** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | |

## NOTICE OF REMOVAL

Defendant, Convex Insurance UK Limited ("Convex"), through undersigned counsel, gives this notice and hereby removes this civil action, captioned "*Harold Boudreaux, Jr. vs. Underwriters at Lloyd's, London*," No. C-140666, Division "C," 16th Judicial District Court for the Parish of Iberia, State of Louisiana (the "State Court Action"), to this Court. This Notice of Removal is filed pursuant to 28 U.S.C. § 1332, 1441, and 1446. In support of this removal, Defendant represents:

### STATE PROCEEDING

1.

Plaintiff, Harold Boudreaux, Jr., on June 27, 2023, commenced a civil action against a sole Defendant, "Underwriters at Lloyd's London," in the 16th Judicial District Court for the Parish of Iberia, styled "*Harold Boudreaux, Jr. vs. Underwriters at Lloyd's, London*," No. C-140666, Division "C." (See **Exhibit A**, Plaintiff's Original Petition).

2.

On October 24, 2023, Plaintiff filed his "First Supplemental and Amending Petition for Damages," in which Plaintiff substituted Convex for Underwriters at Lloyd's London. (See **Exhibit B**, Plaintiff's First Supplemental and Amending Petition).

3.

On December 14, 2023, service of the citation and First Supplemental and Amending Petition were made on Convex.

### REMOVAL IS TIMELY

4.

Given that service was made on Convex within thirty (30) days of the filing of this Notice of Removal, it is being filed timely pursuant to 28 U.S.C. § 1446(b).

### DIVERSITY JURISDICTION

5.

This Court has original jurisdiction over this action under 28 U.S.C. §1332(a). Therefore, the cause may be removed to this Court pursuant to 28 U.S.C. §1441(b).

6.

Plaintiff is a citizen and resident of Louisiana. (See **Exhibit A**, Plaintiff's Petition).

7.

Defendant, Convex, is a foreign insurance company incorporated in, and with its principal place of business, in the United Kingdom.

8.

In sum, Plaintiff is a citizen of Louisiana and Defendant is a foreign insurer. Accordingly, complete diversity exists.

## **AMOUNT IN CONTROVERSY**

9.

The amount in controversy in this case exceeds the $75,000 threshold of 28 U.S.C. § 1332. The Fifth Circuit has held that where, as here, the plaintiff's petition fails to specify the amount in controversy, the court may conclude that removal is proper if it is facially apparent that the claims are likely above the $75,000 threshold for diversity jurisdiction. *Menendez v. Wal-Mart Stores, Inc.,* 364 Fed. Appx. 62, 66-67 (5th Cir. 2010). On the other hand, if it is not facially apparent that the claims are likely above $75,000, the removing party may support federal jurisdiction by setting forth the facts in controversy that support a finding of the requisite amount. *Id.*

10.

In this case, Plaintiff is alleging that his property sustained "substantial damage as the result of a tornado. As a result of the tornado and damage to the roof, further damages were caused to the interior of the property." (See **Exhibit A**, Plaintiff's Original Petition, ¶5). Plaintiff further alleges that he is seeking amounts for "all structural damages and repairs, recoverable depreciation, additional living expenses, loss of use expenses, content damage expenses, and any personal property." (*Id*, ¶9). Plaintiff is also claiming penalties pursuant to La. R.S. 22:1892 and 22:1973. (*Id*, ¶10-13). While Plaintiff has not provided Defendant with a complete calculation of the alleged damages, Plaintiff has provided Defendant with an estimate for a roof repair, which totals to $41,500. (See **Exhibit C**, the roof repair estimate). Therefore, it is facially apparent that there is at least $75,000 in controversy considering the roof repair estimate, Plaintiff's additional allegations of structural damage and interior damages, along with bad faith allegations.

11.

Accordingly, the amount in controversy in this case exceeds the required $75,000 threshold.

## REMOVAL IS PROPER

12.

There is complete diversity between Plaintiff, Harold Boudreaux, Jr., and Defendant, Convex. There is more than $75,000 in controversy. Accordingly, this action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a)-(c) and removal is proper pursuant to 28 U.S.C. § 1441.

## NOTICE TO STATE COURT AND OPPOSING PARTY

13.

Promptly upon the filing of this Notice of Removal, Defendant shall file a Notice of Filing Notice of Removal with the Clerk of Court for the 16th Judicial District Court for the Parish of Iberia, State of Louisiana, and serve a copy thereof on Plaintiff through their counsel. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto and incorporated herein for all purposes as **Exhibit D**.

## CONCLUSION

Defendant, Convex Insurance UK Limited, respectfully requests that this Court exercise its jurisdiction over this action, and enter such further orders and grant such further relief as may be necessary to secure removal herein and to prevent further proceedings in 16th Judicial District Court for the Parish of Iberia, State of Louisiana.

**WHEREFORE**, Defendant, Convex Insurance UK Limited, prays that the legal action captioned "*Harold Boudreaux, Jr. vs. Underwriters at Lloyd's, London*," No. C-140666, Division

"C," 16th Judicial District Court for the Parish of Iberia, State of Louisiana, be removed to the United States District Court for the Western District of Louisiana.

                        Respectfully submitted,

                        *R. Todd Musgrave*
R. Todd Musgrave, Bar No. 22840
Brent J. Carbo, Bar No. 30429
Samuel Furman, Bar No. 37126
Musgrave, McLachlan, & Penn, L.L.C.
1555 Poydras St., Suite 2100
New Orleans, LA  70112
Telephone: (504) 799-4300 | Facsimile: (504) 799-4301
rtm@mmpfirm.com; bjc@mmpfirm.com;
scf@mmpfirm.com
Attorneys for Convex Insurance UK Limited

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of December, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Eric T. Haik, La. Bar No. 28066
Haik, Minvielle, Grubbs & D'Albor
1101 E. Admiral Doyle Drive, Ste. 503
P.O. Box 11040
New Iberia, Louisiana 70562-1040
Telephone: 337-365-5486
Facsimile: 337-367-7069
ehaik@hmg-law.com

                        *R. Todd Musgrave*
                        R. Todd Musgrave